# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF HEALTHCARE PLAN OF GEORGIA, INC., a Domestic Profit Corporation,<br><br>Defendant. | Case No.:  1:24-cv-03153-JPB<br><br>(removed from State Court of Georgia, Fulton County, Case No. 24EV005069) |

## PLAINTIFF'S NOTICE OF FILING ITS MOTION TO REMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff SAN JOAQUIN GENERAL HOSPITAL ("San Joaquin"), has, on this day, August 2, 2024, hereby filed a motion to remand this action back to the Fulton County State Court of Georgia under Case No. 24EV005069.

A true and correct copy of San Joaquin's Motion for Remand is served upon all of the Parties and their attorneys of record.

Dated: 1 August 2024

                                    Respectfully Submitted,

                                    LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

By:_____
        Nesrein El-Haddad
        Attorney for Plaintiff
        SAN JOAQUIN GENERAL HOSPITAL

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing NOTICE OF MOTION, MOTION TO REMAND and MEMORANDUM IN SUPPORT THEREOF were electronically filed with the Clerk of Court using CM/ECF system. The undersigned also certifies that Notice of Filing and a copy of the foregoing documents were served on the Defendant via electronic mail.

James A. Washburn, Esq.
Anaid Reyes Kipp, Esq.
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Str., N.E., Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
james.washburn@troutman.com
anaid.reyes-kipp@troutman.com
Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF
HEALTHCARE PLAN OF GEORGIA, INC.


  */s/ Nesrein El-Haddad*

**LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.**
Nesrein El-Haddad, Esq.
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484
nhaddad@sacfirm.com
Attorneys for Plaintiff
SAN JOAQUIN GENERAL HOSPITAL